# United States District Court
## Violation Notice

**CVB Location Code:** WY4

**Violation Number:** FBLM00BJ
**Officer Name:** Norton
**Officer No.:** 2403

FBLM00BJ

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 06/17/2025 18:31
**Offense Charged:** FED 36 CFR 261.5D
**Place of Offense:** Toppings Lake campsite number 17

**Offense Description: Factual Basis for Charge**
36 CFR 261.5D - LEAVING A FIRE

**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Phone:**
**Last Name:** Benham
**First Name:** Gavin
**M.I.:** J

**Street Address:**
**City:** 
**State:** 
**Zip Code:** 
**Date of Birth (mm/dd/yyyy):**

**Drivers License No.:** 
**CDL:** ☐
**D.L. State:** 
**Social Security No.:**

Adult ☐  Juvenile ☐  Sex ☐ M  ☐ F
Race  Hair  Eyes  Height  Weight

### VEHICLE
**VIN:**
**CMV:** ☐
**Tag No.:**  **State:**  **Year:**  **Make/Model:** /  **PASS:** ☐  **Color:**

**A** ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

**B** ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.
SEE INSTRUCTIONS (opposite).

| | Amount | |
|---|---|---|
| | $ 200.00 | Forfeiture Amount |
| | $ 30.00 | Processing Fee |
| PAY THIS AMOUNT | $ 230.00 | Total Collateral Due |

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:**
**Date (mm/dd/yyyy):**
**Time (hh:mm):**

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Previous edition is obsolete    Original - CVB Copy    FS-5300-4 (7/05)

FBLM00BJ

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on    06/17/2025    while exercising my duties as a law enforcement officer in the            District of    WY

Pursuant to 16USC 551: Pursuant to 16 USC 551: I Forest Service Law Enforcement Officer Michael NORTON #2403, while exercising my duties on June 17th, 2025, On the Bridger- Teton National Forest, in the District of Wyoming, was on uniformed patrol in a marked law enforcement vehicle at approximately 1831 hours. While patrolling the TOPPINGS LAKE dispersed recreation areas I observed a campfire that was omitting smoke from the fire ring without any person present within the vicinity of the abandoned campfire. During this time, I walked over to the campfire that was still unattended and announced Law Enforcement. There were still no people present near the abandoned campfire. I was notified earlier in the day by our campground host forest employee ambassadors that campsite number 17 had an active fire with nobody present at the campsite. After multiple attempts to contact someone hours later I identified by his state issued driver's license as Gavin BENHAM out of Utah. I proceeded to tell BENHAM that his campfire was observed unattended. I also informed him they had hot dog buns out and some goldfish left on the ground. I told him we have food storage orders in this district due to grizzly bears. He mentioned he and his friends were all broke Mormons and could gather their money together to pay for the violations. They were all very apologetic and sorry for what they did.
Based off my personal investigation Gavin BENHAM was issued a violation notice for violating 36 CFR 261.5D Not completely extinguishing campfire. BENHAM said he started the fire and would take the citation for everyone in camp.

The foregoing statement is based upon:

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on:    06/17/2025      *Michael Norton*
             Date (mm/dd/yyyy)      Officer's Signature

☐ Probable cause has been stated for the issuance of a warrant.

Executed on: _____
             Date (mm/dd/yyyy)      U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;      PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident